Ellen H. Flottman, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Lisa Sutherland, Asst. Atty. Gen., Jefferson City, for respondent.

Before NEWTON, P.J., ELLIS and HOLLIGER, JJ.

### ORDER

PER CURIAM:

Jason Parsons appeals the dismissal of his Rule 24.035 motion for postconviction relief.

For the reasons set forth in the memorandum provided to the parties, we affirm. Rule 84.16(b).

Jeremiah W. (Jay) Nixon, Atty. Gen., Evan J. Buchheim, Asst. Atty. Gen., Jefferson City, for respondent.

Before NEWTON, P.J., ELLIS, J. and HOLLIGER, J.

### ORDER

PER CURIAM:

Harley Brown appeals his convictions of assault in the first degree and armed criminal action.

For the reasons set forth in the memorandum provided to the parties, we affirm. Rule 30.25(b).

**STATE of Missouri, Respondent,**

v.

**Harley BROWN, Appellant.**

**No. WD 58630.**

Missouri Court of Appeals, Western District.

May 1, 2001.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 3, 2001.

Application for Transfer Denied Aug. 21, 2001.

Jeannie M. Willibey, Asst. Public Defender, Kansas City, for appellant.

**Clif A. McCLELLAND, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 58872.**

Missouri Court of Appeals, Western District.

May 1, 2001.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 3, 2001.

Application for Transfer Denied Aug. 21, 2001.

Andrew A. Schroeder, Asst. Public Defender, Kansas City, MO, Attorney for Appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Andrea Mazza Follett, Assistant At-